■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE B. SANDERS, Appellant. [877 NYS2d 228]—Appeal from a judgment of the Monroe County Court (Stephen K. Lindley, A.J.), rendered October 18, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Fahey, Carni and Gorski, JJ.